# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-315
LT Case No. 2023-CC-006701

_____

HERMAN WOODS, II AND
TATIANA CUELLAR,

     Appellants,

     v.

GOLDELM AT REGENCY OAKS,
LLC,

     Appellee.

_____

On appeal from the County Court for Seminole County.
Wayne E. Culver, Judge.

Herman Woods, II and Tatiana Cuellar, Fern Park, pro se.

James I. Barron, III, Orlando, for Appellee.

April 2, 2024

PER CURIAM.

     AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---